# RECORDS REQUEST FORM

Date: 10-15-15          Cause No. 215-220-CV

Name: J. SHELBY SHARPE

Firm: SHARPE & RECTOR

Phone #: 817 - 338 · 4900

## RECORDS TO BE COPIED: (check all that apply)

Clk. Record_____          Suppl. Clk. Record 3ed

Rep. Record_____          Suppl. Rep. Record_____

Other:_____

DO NOT FILL OUT BELOW THIS LINE: FOR OFFICE USE ONLY.

Clerk: _____

Cost:_____    ☑ check if this is party's first complimentary copy